UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHRET R. HARVEY | CIVIL ACTION |
| VERSUS | NO: 19-12891 |
| JASON KENT, ET AL. | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Chief Magistrate Judge Roby, and Stephret Harvey's objection to the Report and Recommendation, hereby approves the Report and Recommendation of United States Chief Magistrate Judge Roby and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Stephret Harvey's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

April 27, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE